IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE BILYEU, : | |
|     Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| PHOENIXVILLE HOSPITAL : | |
| COMPANY, LLC, et al., : | No. 17-1456 |
|     Defendants. : | |

## ORDER

**AND NOW**, this **14th** day of **June**, **2017**, upon consideration of the United States' Motion to Dismiss, Plaintiff's Response thereto, and the United States' Reply thereon, and for the reasons set forth in this Court's June 14, 2017, memorandum, it is hereby **ORDERED** that:

1. The motion (Document No. 2) is **GRANTED**.

2. The case is **REMANDED** to the Montgomery County Court of Common Pleas.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**